# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe (D.H.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04322-CRB<br><br>*CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB<br><br>*W.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01705-CRB<br><br>*L.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04645-CRB<br><br>*Jane Doe KGDG 020 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04979-CRB<br><br>*Jane Doe 690917 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05318-CRB<br><br>*KG 008 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05320-CRB<br><br>*KG 013 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05577-CRB<br><br>*J.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05719-CRB<br><br>*KG 039 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06077-CRB | Case No. 3:23-md-03084-CRB<br><br>[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 |

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

3. Plaintiff J.M. (Case No. 3:25-cv-05719-CRB) is ORDERED TO SHOW CAUSE by March 16, 2026, how her PFS deficiencies were cured and why her case should not be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____March 9_____, 2026



HON. CHARLES R. BREYER
United States District Judge

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## EXHIBIT A

| MDL ID | Case Number |
|---|---|
| 3010 | 3:25-cv-01705 |
| 3543 | 3:25-cv-04979 |
| 3649 | 3:25-cv-05320 |
| ~~3731~~ | ~~3:25-cv-05719~~ |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB